UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

FILED
NOV 04 2008

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08-10056 |
| Plaintiff, | **INDICTMENT (REDACTED)** |
| vs. | Use of Fraudulent Identification Document |
| JOHN DOE, a/k/a Jose Hernandez Herrera, | 18 U.S.C. § 1546(b)(1) |
| Defendant. | |

The Grand Jury charges:

On or about October 23, 2008, in Marshall County, in the District of South Dakota, John Doe, a/k/a Jose Hernandez Herrera, an alien, knowingly used an identification document, namely, a Permanent Resident Alien card (no. XXX XXX 673) bearing the name Jose Hernandez Herrera, knowing and having reason to know it was not issued lawfully for his use, for the purpose of satisfying a requirement of Section 274A(b) of the Immigration and Nationality Act, in violation of 18 U.S.C. § 1546(b)(1).

A TRUE BILL:

_____
Foreperson

MARTY J. JACKLEY
United States Attorney

By: _____